UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCINE MCDERMOTT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PALO VERDE SCHOOL DISTRICT, DOES 1 - 10, INCLUSIVE,<br><br>　　　　Defendants. | Case No. EDCV 12-01112 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: October 4, 2013　　　　　/s/ Virginia A. Phillips
　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　United States District Judge