UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCINE MCDERMOTT,<br><br>              Plaintiff,<br><br>   v.<br><br>PALO VERDE SCHOOL DISTRICT, DOES 1 - 10, INCLUSIVE,<br><br>             Defendants. | Case No. EDCV 12-01112 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: October 4, 2013 _____
                              VIRGINIA A. PHILLIPS
                           United States District Judge